## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRITTANY MARTELL,

Defendant.

CR 17-61-GF-BMM-JTJ

**FINDINGS AND**
**RECOMMENDATIONS**

### I.  Synopsis

Defendant Brittany Martell (Martell) has been accused of violating the

conditions of her supervised release.  Martell admitted alleged violations 1, 2 and

3.  The government proved alleged violation 4.  The government failed to satisfy

its burden of proof with respect to alleged violation 5.  Martell should receive a

custodial sentence of time served, with 12 months of supervised release to follow.

### II.  Status

Martell pleaded guilty to Possession with Intent to Distribute

Methamphetamine on November 15, 2017.  (Doc. 36).  The Court sentenced

Martell to 9 months of custody, followed by 3 years of supervised release.

(Doc. 57).  Martell's current term of supervised release began on

December 19, 2018.  (Doc. 72 at 1).

### Petition

The United States Probation Office filed an Amended Petition on July 24,

2020, requesting that the Court revoke Martell's supervised release.  (Doc. 72).

The Amended Petition alleged that Martell had violated the conditions of her

supervised release: 1) by using methamphetamine; 2) by failing to report for

substance abuse testing; 3) by failing to report for substance abuse treatment; 4) by

possessing a controlled substance; and 5) by committing another crime.

### Initial appearance

Martell appeared before the undersigned for her initial appearance on

July 27, 2020.  Martell was represented by counsel.  Martell stated that she had

read the petition and that she understood the allegations.  Martell waived her right

to a preliminary hearing.  The parties consented to proceed with the revocation

hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on August 3, 2020, and on

November 3, 2020.  Martell  admitted that she had violated the conditions of his

supervised release: 1) by using methamphetamine; 2) by failing to report for

substance abuse testing; and 3) by failing to report for substance abuse treatment.

2

Martell denied alleged violations 4 and 5. The government proved that Martell possessed a controlled substance. The government failed to satisfy its burden of proof with respect to alleged violation 5. The violations that Martell admitted and that the government proved are serious and warrant revocation of Martell's supervised release.

Martell's violations are Grade C violations. Martell's criminal history category is I. Martell's underlying offense is a Class B felony. Martell could be incarcerated for up to 36 months. Martell could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

## III. Analysis

Martell's supervised release should be revoked. Martell should receive a custodial sentence of time served, with 12 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Martell that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Martell of her right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Martell that Judge Morris would consider a

3

timely objection before making a final determination on whether to revoke her

supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Brittany Martell violated the conditions of her supervised release: by
> using methamphetamine; by failing to report for substance abuse testing; by
> failing to report for substance abuse treatment; and by possessing a
> controlled substance.

The Court **RECOMMENDS:**

> That the District Court revoke Martell's supervised release
> and commit Martell to the custody of the United States Bureau of
> Prisons for a term of time served, with 12 months of supervised
> release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will

make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made. The district court judge may accept,

reject, or modify, in whole or in part, the Findings and Recommendations. Failure

to timely file written objections may bar a de novo determination by the district

court judge, and may waive the right to appear and allocute before a district court

4

judge.

DATED this 4th day of November, 2020.

John Johnston
United States Magistrate Judge